JONATHAN E. NUECHTERLEIN
General Counsel
GREGORY A. ASHE
BRIAN S. SHULL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: 202 -326-3720 (Shull)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:15-cv-01512 |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER** (First Request) |
| **SEQUOIA ONE, LLC**, *et al.*, | |
| Defendants. | |

Pursuant to Local Rule 6-1, Plaintiff Federal Trade Commission (the "FTC") and Defendants Sequoia One, LLC, Gen X Marketing Group, LLC, and Jason Kotzker (collectively, "Defendants"), through their undersigned counsel, hereby stipulate to extend the time for the Defendants to answer or otherwise respond to the complaint in this action (the "Complaint").

Currently, Defendants must file an answer or otherwise respond to the Complaint on or before October 6, 2015.  Defendants intend to file a motion to stay this case.  The FTC intends to oppose any such motion.  To allow the parties to brief, and the Court to consider, such motion to stay, the parties have stipulated and agreed that Defendants shall have a forty-five day extension of time to answer or otherwise respond to the Complaint.

Therefore, the parties stipulate and agree that the deadline for Defendants to answer or otherwise respond to the Complaint is extended to November 20, 2015.

Dated: October 1, 2015                                     Respectfully submitted,

/s/Gregory A. Ashe                                         /s/Jeffrey B. Setness
GREGORY A. ASHE                                            JEFFREY B. SETNESS
BRIAN SHULL                                                Fabian VanCott
Federal Trade Commission                                   601 South Tenth Street, Suite 204
600 Pennsylvania Avenue NW                                 Las Vegas, Nevada 89101
Washington, DC 20850                                       Telephone: 702-930-5728
Telephone: 202-326-3719 (Ashe)                             Facsimile: 877-898-1168
Telephone: 202 -326-3720 (Shull)                           E-Mail: jsetness@fabianvancott.com
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov                       Attorney for Defendants
                                                           SEQUOIA ONE, LLC, GEN X MARKETING
DANIEL G. BOGDEN                                           GROUP, LLC, and JASON KOTZKER
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 5, 2015