# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

   Plaintiff,

vs.

SEQUOIA ONE, LLC, et al.,

   Defendants.

Case No.  2:15-cv-01512-JCM-CWH

**ORDER**

  Presently before the court is the attached email from Defendants' counsel, which the court construes as a motion for clarification of the court's order (ECF No. 30) dated December 23, 2015. In its order, the court stated that Defendant Kotzker must answer or otherwise respond to the Government's Complaint on or before January 18, 2016. (*Id.* at 7.)  In his email, counsel seeks to clarify whether the court intended that the responsive pleading be due on January 18, 2016, which is a federal holiday, or the day after the federal holiday.  Given that January 18, 2016 is a federal holiday, the responsive pleading will be due on January 19, 2016, as required by Federal Rule of Civil Procedure 6(a)(1)(C) and 6(a)(6)(A).

  IT IS THEREFORE ORDERED Defendant Kotzker must answer or otherwise respond to the Government's Complaint (ECF No. 1) on or before January 19, 2016.

  IT IS FURTHER ORDERED that except as otherwise required by the court's local rules, all future case-related communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket.

  DATED: January 13, 2016.

                    _____
                    C.W. Hoffman, Jr.
                    United States Magistrate Judge



FTC vs. Sequoia One LLC, et al., Case No. 2:15-cv-01512-JCM-CWH - Deadline to File Kotzker's Responsive Pleading

Jeffrey B. Setness

to:
Lindsay_Ager@nvd.uscourts.gov
01/13/2016 09:38 AM
Cc:
"Gregory A. Ashe (gashe@ftc.gov)", "Shull, Brian"

Hide Details

From: "Jeffrey B. Setness" <JSetness@fabianvancott.com>

To: "Lindsay_Ager@nvd.uscourts.gov" <Lindsay_Ager@nvd.uscourts.gov>

Cc: "Gregory A. Ashe (gashe@ftc.gov)" <gashe@ftc.gov>, "Shull, Brian" <bshull@ftc.gov>

History: This message has been forwarded.

Wednesday, January 13, 2016

Dear Lindsay,

Magistrate Judge Hoffman's Order filed on December 23, 2015 (Doc. No. 30) denying Kotzker's Motion to Stay states, in pertinent part, on Page 7, "IT IS THEREFORE ORDERED that Defendant Kotzker must answer or otherwise respond to the Government's Complaint (ECF No. 1) on or before January 18, 2016."

January 18, 2016 is Martin Luther King, Jr. Day, which is a legal holiday according to FRCP 6(a)(6)(A).  In addition, FRCP 6(a)(1)(C) states, in pertinent part, ". . . if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday."

I am writing to determine if it was Magistrate Judge Hoffman's intention that the responsive pleading be due on the day after the legal holiday of January 18, 2016, or January 19, 2016.  Your assistance in this matter is most appreciated.

Respectfully submitted,

Jeff Setness

**JEFFREY B. SETNESS**
Direct:          (702) 930-5728
Cellular:         (702) 286-2626
Office:          (702) 233-4444
Fax:             (877) 898-1168
E-Mail:          jsetness@fabianvancott.com
Website Bio:   http://www.fabianvancott.com/attorneys/Jeffrey-Setness
LinkedIn:       http://www.linkedin.com/pub/jeffrey-b-setness/57/507/252

**Fabian**VanCott

| *LAS VEGAS OFFICE* | *SALT LAKE CITY OFFICE* |
|---|---|
| 601 South Tenth Street, Suite 204 | 215 South State Street, Suite 1200 |
| Las Vegas, Nevada 89101 | Salt Lake City, Utah  84111 |

The information contained in this email message is intended only for the individual and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you have received this document in error, and any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately notify Jeffrey B. Setness at Fabian VanCott.