**JEFFREY B. SETNESS**
Nevada Bar No. 2820
**FABIAN VANCOTT**
601 South Tenth Street, Suite 204
Las Vegas, Nevada 89101
Telephone:  (702) 930-5728
Facsimile:   (877) 898-1168
E-mail:       jsetness@fabianvancott.com

*Attorneys for Defendant Jason A. Kotzker*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>           **Plaintiff,**<br><br>      vs.<br><br>**SEQUOIA ONE, LLC, a Wyoming limited liability company, GEN X MARKETING GROUP, LLC, a Florida limited liability company, JASON A. KOTZKER, THERESA D. BARTHOLOMEW, JOHN E. BARTHOLOMEW, JR., AND PAUL T. MCDONNELL,**<br><br>           **Defendants.** | **CASE NO. 2:15-cv-01512-JCM-CWH**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER (Third Request)** |

Pursuant to Local Rule 6-1, Plaintiff Federal Trade Commission (hereinafter the "FTC") and Defendant Jason Kotzker (hereinafter "Defendant Kotzker"), through his undersigned counsel, hereby stipulate to extend the time for the Defendant Kotzker to answer or otherwise respond to the Complaint in this action (hereinafter the "Complaint").  Currently, Defendant Kotzker must file an answer or otherwise respond to the Complaint on or before January 19, 2016.  The FTC and Defendant Kotzker have begun negotiating a final settlement and to allow time for that process to occur, the parties have stipulated and agreed that Defendant Kotzker shall have a two-week extension of time to answer or otherwise respond to the Complaint.  The deadline to answer or otherwise respond shall not change for the corporate defendants.

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER - 1

Therefore, the parties stipulate and agree that the deadline for Defendant Kotzker to answer or otherwise respond to the Complaint is extended to February 5, 2016.

Dated: January 15, 2015                                   Respectfully submitted,


*/s/Gregory A. Ashe*                                      */s/Jeffrey B. Setness*
GREGORY A. ASHE                                           JEFFREY B. SETNESS
BRIAN SHULL                                               Fabian VanCott
Federal Trade Commission                                  601 South Tenth Street, Suite 204
600 Pennsylvania Avenue NW                                Las Vegas, Nevada 89101
Washington, DC 20850                                      Telephone: (702) 930-5728
Telephone: 202-326-3719 (Ashe)                            Facsimile:  (877) 898-1168
Telephone: 202 -326-3720 (Shull)                          E-mail:     jsetness@fabianvancott.com
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov                      *Attorney for Defendant Jason A. Kotzker*

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

*Attorneys for Plaintiff*
*Federal Trade Commission*


**IT IS SO ORDERED:**

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: _____

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER - 2

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the District of Nevada, I certify that I am an employee of FABIAN VANCOTT and that on this 15th day of January, 2016, I did cause a true copy of:

**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER (THIRD REQUEST)**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: */s/ Sara M. Cameron*
An Employee of
FABIAN VANCOTT