JONATHAN E. NUECHTERLEIN
General Counsel
GREGORY A. ASHE
BRIAN S. SHULL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: 202 -326-3720 (Shull)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**SEQUOIA ONE, LLC**,  *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01512-JCM-CWH<br><br>**PLAINTIFF'S MOTION TO STRIKE DEFENDANT KOTZKER'S AFFIRMATIVE DEFENSES AND JURY DEMAND** |

Plaintiff Federal Trade Commission ("FTC") respectfully moves the Court, pursuant to Rule 12(f)(1), to strike Defendant Jason Kotker's affirmative defenses and jury demand. The accompanying memorandum of points and authorities demonstrates that all six of Kotker's affirmative defenses are 1) redundant or immaterial to the issues of this case; 2) insufficient as a

matter of law; and/or 3) not properly pleaded, and should thus be stricken.  Moreover, the Court should strike his jury demand because the FTC's case is purely equitable in nature.  A proposed order is attached hereto.

Dated: February 24, 2016              Respectfully submitted,

JONATHAN E. NUECHTERLEIN
General Counsel


*/s/Gregory A. Ashe*
GREGORY A. ASHE
BRIAN SHULL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: 202 -326-3720 (Shull)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2016, true and correct copies of (1) **PLAINTIFF'S MOTION TO STRIKE DEFENDANT KOTZKER'S AFFIRMATIVE DEFENSES AND JURY DEMAND**, (2) **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANT KOTZKER'S AFFIRMATIVE DEFENSES AND JURY DEMAND**, and (3) **[proposed] ORDER STRIKING DEFENDANT KOTZKER'S AFFIRMATIVE DEFENSES AND JURY DEMAND** were filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　*/s/Gregory A. Ashe*
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Federal Trade Commission