1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada State Bar No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Facsimile: 702-388-6787
   Email: blaine.welsh@usdoj.gov
7
   *Attorneys for the United States*
8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  FEDERAL TRADE COMMISSION,            )
                                         )
12              Plaintiff,               )   Case No. 2:15-cv-01512
                                         )
13          v.                           )
                                         )
14  SEQUOIA ONE, LLC, a Wyoming limited  )
    liability company, *et al*.,         )
15                                       )
                Defendants.              )
16

17  **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT**
    **OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**
18

19          Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable

20  Court admit Government attorney Brian S. Shull to practice in the District of Nevada for the above-

21  captioned case and in all matters in this district during the period of employment by the United States.

22  Rule IA 10-3 provides:

23          Unless otherwise ordered by the Court, any nonresident attorney who is a member in
            good standing of the highest court of any state, commonwealth, territory, or the District
24          of Columbia, who is employed by the United States as an attorney and, while being so
            employed, has occasion to appear in this Court on behalf of the United States, shall, upon
25          motion of the United States Attorney or the Federal Public Defender for this district or
            one of the assistants, be permitted to practice before this court during the period of such
26          employment.

1   Brian S. Shull is an attorney with the Federal Trade Commission, an agency of the federal

2   government, and an active member in good standing of the Bar of the State of Illinois (Bar No.

3   6293797). Mr. Shull is also admitted to practice in the United States Court of Appeals for the Seventh

4   Circuit, the United States Court of Appeals for the Tenth Circuit, and the United States District Court

5   for the Northern District of Illinois.

6   The following contact information is provided to the Court:

7   Brian S. Shull
    Senior Staff Attorney
8   Federal Trade Commission
    600 Pennsylvania Avenue NW
9   Washington, DC 20580
    Phone: 202-326-3720
10  Fax: 202-326-3768
    bshull@ftc.gov.

11

12  Accordingly, the United States respectfully requests that the Court admit Brian S. Shull to

13  practice in the District of Nevada for the duration of employment by the United States.

14  Respectfully submitted this 8th day of August 2015.

15                          DANIEL G. BOGDEN
                            United States Attorney
16

17                          /s/ Blaine T. Welsh
                            BLAINE T. WELSH
18                          Assistant United States Attorney

19

20

21

22  IT IS SO ORDERED:

23  UNITED STATES DISTRICT JUDGE

24
                            DATED:   March 2, 2016
25

26

2