DAVID C. SHONKA
Acting General Counsel
GREGORY A. ASHE
BRIAN S. SHULL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: 202 -326-3720 (Shull)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**SEQUOIA ONE, LLC**, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01512-JCM-CWH<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SEQUOIA ONE, LLC AND GEN X MARKETING GROUP, LLC** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Plaintiff Federal Trade Commission ("FTC") hereby requests, pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk of the Court for the District of Nevada enter default in this

1

matter against Defendants Sequoia One, LLC and Gen X Marketing Group, LLC. The facts supporting this application are set forth in the accompanying declaration of FTC Counsel.

Defendants Sequoia One, LLC and Gen X Marketing Group, LLC were served with a summons and complaint in this action. (Dkt. Nos. 6, 7, 17, and 18.) Neither defendant has answered nor filed a responsive pleading to the complaint, and the deadline to file such pleadings has passed.

Accordingly, the FTC requests that the Clerk of the Court enter default against Defendants Sequoia One, LLC and Gen X Marketing Group, LLC. A proposed form has been filed along with this application.

Dated: June 29, 2016                    Respectfully submitted,

                                        DAVID C. SHONKA
                                        Acting General Counsel

                                        */s/Gregory A. Ashe*
                                        GREGORY A. ASHE
                                        BRIAN SHULL
                                        Federal Trade Commission
                                        600 Pennsylvania Avenue NW
                                        Washington, DC 20850
                                        Telephone: 202-326-3719 (Ashe)
                                        Telephone: 202-326-3720 (Shull)
                                        Facsimile: 202-326-3768
                                        Email: gashe@ftc.gov, bshull@ftc.gov

                                        DANIEL G. BOGDEN
                                        United States Attorney
                                        BLAINE T. WELSH
                                        Assistant United States Attorney
                                        Nevada Bar No. 4790
                                        333 Las Vegas Blvd. South, Suite 5000
                                        Las Vegas, Nevada 89101
                                        Telephone: (702) 388-6336
                                        Facsimile: (702) 388-6787

                                        Attorneys for Plaintiff
                                        FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2016, true and correct copies of (1) **PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SEQUOIA ONE, LLC AND GEN X MARKETING GROUP, LLC**, (2) **DECLARATION OF FTC COUNSEL IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANTS SEQUOIA ONE, LLC AND GEN X MARKETING GROUP, LLC**, and (3) **[proposed] ENTRY OF DEFAULT** were filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/Gregory A. Ashe*
Attorney for Plaintiff Federal Trade Commission