# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:15-cv-01512-JCM-CWH |
| Plaintiff, | [proposed] **ORDER STAYING CASE FOR 120 DAYS** |
| v. | |
| **SEQUOIA ONE, LLC**, *et al.*, | |
| Defendants. | |

This cause is before the Court on the stipulated motion of the FTC and Defendant Jason Kotzker to stay this case for 120 days so that the FTC can consider a final settlement agreement in this matter with Defendant Kotzker. The Court having considered the pleadings and other filings and being fully advised in the premises, it is hereby

**ORDERED** that the stipulated motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all deadlines currently set forth in the Scheduling Order entered on March 14, 2016 (Dkt. No. 42) shall be continued for 120 days from the date hereof with respect to Defendant Jason Kotzker.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Defendant Kotzker's Affirmative Defenses and Jury Demand (ECF No. 35) is DENIED without prejudice for Plaintiff to refile the motion if the case does not settle.

IT IS FURTHER ORDERED that the parties must file a joint status report 120 days from the date of this order.

DATED: July 15, 2016

_____
UNITED STATES MAGISTRATE JUDGE