DAVID C. SHONKA
Acting General Counsel
GREGORY A. ASHE
BRIAN S. SHULL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: 202 -326-3720 (Shull)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **SEQUOIA ONE, LLC**, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-01512-JCM-CWH <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SEQUOIA ONE, LLC AND GEN X MARKETING GROUP, LLC** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff Federal Trade Commission ("FTC") respectfully moves this Court for default judgment against Defendants Sequoia One, LLC and Gen X Marketing Group, LLC (collectively, "Corporate Defendants"). As set forth in the accompanying Memorandum of Points and Authorities, the FTC seeks

equitable monetary relief of $7,135,992 and permanent injunctive relief against the Corporate Defendants and requests that the Court enter the proposed Final Judgment and Order for Injunctive and Other Relief, filed contemporaneously herewith.

Dated: July 26, 2016                    Respectfully submitted,

DAVID C. SHONKA
Acting General Counsel

*/s/Gregory A. Ashe*
GREGORY A. ASHE
BRIAN SHULL
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3719 (Ashe)
Telephone: 202 -326-3720 (Shull)
Facsimile: 202-326-3768
Email: gashe@ftc.gov, bshull@ftc.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2016, true and correct copies of (1) **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SEQUOIA ONE, LLC AND GEN X MARKETING GROUP, LLC** , (2) **PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS SEQUOIA ONE, LLC AND GEN X MARKETING GROUP, LLC**, (3) **PLAINTIFF'S EXHIBIT IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS**

**SEQUOIA ONE, LLC AND GEN X MARKETING GROUP**, and (4) **[proposed] FINAL JUDGMENT AND ORDER FOR INJUNCTIVE AND OTHER RELIEF AGAINST DEFENDANTS SEQUOIA ONE, LLC AND GEN X MARKETING GROUP, LLC** were filed electronically with the United States District Court for the District of Nevada using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                 */s/Gregory A. Ashe*
                                                 Attorney for Plaintiff Federal Trade Commission